AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MAREK HOLODY <br><br> *Plaintiff(s)* <br> v. <br> QUALITY INSTALLATIONS OF NY, INC., and ANTONI PERLICKI <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-4469 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* QUALITY INSTALLATIONS OF NY, INC.
58-44 Maurice Avenue
Maspeth, New York 11378

**see rider**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JODRE BRENECKi, LLP
101 NORTH 10th STREET - SUITE 303
BROOKLYN, NY 11249
347-563-2605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

*Shirley Mora*
_____
*Signature of Clerk or Deputy Clerk*

Date: 8/11/2025



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-4469

## PROOF OF SERVICE
*(This section sltou/d 1101 be filed witlt the court ull/ess required by Fed. R. Civ. P. 4 (I))*

This summons for *(name of individual and title. if any)* _____
was received by me on *(date)* _____ .

0  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

0  I left the summons at the individual's residence or usual place of abode with *(name)* _____
– – – – – – – – – – – – – – – – – , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

0  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organi=ation)* _____
_____ on *(date)* _____ ; or

0  I returned the summons unexecuted because _____ ; or

0  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server s signature*

_____
*Printed name and title*

_____
*Server s address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAREK HOLODY,

                    Plaintiff,

    -against-

QUALITY INSTALLATIONS OF NY, INC., and
ANTONI PERLICKI,

                    Defendants.

Civil Docket No.:

**SUMMONS RIDER**

**QUALITY INSTALLATIONS OF NY, INC.**
58-44 Maurice Avenue
Maspeth, New York 11378

**ANTONI PERLICKI**
97-29 94th Street
Ozone Park, New York 11416